Fred Hickman (#124406)
fhickman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
WACHOVIA MORTGAGE, a division of WELLS
FARGO BANK, N.A., successor by merger of
Wachovia Mortgage, FSB, formerly known as World
Savings Bank, FSB ("Wachovia"), erroneously named
herein as "Wachovia Mortgage Corporation"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINH GIA PHAM, LAN QUYNH PHAM, individually and on behalf of the general public and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation, and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property, described in the Complaint, adverse to Plaintiff's title, and any cloud on Plaintiffs' title thereto, and Does 1-100, inclusive,<br><br>Defendants. | CASE NO.: CV11-0015 JCS<br><br>[Assigned to the Honorable Joseph C. Spero, Courtroom A]<br><br>**INITIAL STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1(a))**<br><br>Removal Effected: 01/03/2011<br>Current Response Date: 01/10/2011<br>New Response Date: 02/09/2011 |

**TO THE HONORABLE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

Plaintiffs DINH GIA PHAM and LAN QUYNH PHAM, through their counsel of record, Barry Van Sickle, and Defendant WACHOVIA MORTGAGE, a division of Wells Fargo Bank,

N.A., successor by merger of Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wachovia"), erroneously named herein as "Wachovia Mortgage Corporation," through its respective counsel of record, hereby stipulate pursuant to Local Rule 6-1 to extend the date for Wachovia to respond to Plaintiffs' initial Complaint from January 10, 2011, to February 9, 2011.

No parties waive any rights by this stipulation.

Respectfully submitted,

Dated: January 11, 2011                Barry Van Sickle

By:     /s/ Barry Van Sickle
        Barry Van Sickle  (#98645)
        barryvansickle@comcast.net
Attorneys for Plaintiffs
DINH GIA PHAM, LAN QUYNH PHAM

Respectfully submitted,

Dated: January 11, 2011                ANGLIN, FLEWELLING, RASMUSSEN
                                        CAMPBELL & TRYTTEN LLP

Dated: 1/13/11                         By:     /s/ Fred Hickman
                                        Fred Hickman (#124406)
IT IS SO ORDERED                        fhickman@afrct.com
Judge Joseph C. Spero                   Attorneys for Defendant
                                        Wachovia Mortgage, a division of Wells Fargo
                                        Bank, N.A., formerly known as Wachovia
                                        Mortgage, FSB, formerly known as World
                                        Savings Bank, FSB ("Wachovia")

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Fred Hickman, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day, January 11, 2011.

                                            /s/ Fred Hickman

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the foregoing document described as:

**INITIAL STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1(a))**

on all interested parties in this action by enclosing the original __ **X**  a true and correct copy in a sealed envelope addressed as follows:

**Served By Means Other Than The Court's CM/ECF System:**

| *Plaintiff, Pro Se:* | *Counsel for Plaintiff:* |
|---|---|
| Dinh Gia Pham | Barry Van Sickle, Esq. |
| Lan Quynh Pham | 1079 Sunrise Avenue, Suite B-315 |
| 3 Clover Hill Court | Roseville, CA 95661 |
| San Rafael, CA 94903 | |
| | Tel: (916) 549-8784 |
| Tel: (415) 479-6044 | |

☒  **BY MAIL:**  By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **January 11, 2011.**

| _____Jill Ashley_____ | _____/s/ Jill Ashley_____ |
|---|---|
| Print Name | Signature of Declarant |

95451/000533/00091751-1

CASE NO.: CV11-0015 JCS – CERTIFICATE OF SERVICE ON INITIAL STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS