| | |
|---|---|
| 1 | Fred Hickman(#124406) |
| 2 | fhickman@afrct.com |
| | ANGLIN, FLEWELLING, RASMUSSEN, |
| 3 |   CAMPBELL & TRYTTEN LLP |
| | 199 S. Los Robles Avenue, Suite 600 |
| 4 | Pasadena, California 91101-2459 |
| | Tel: (626) 535-1900 |
| 5 | Fax: (626) 577-7764 |

Attorneys for Defendant
WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., successor by merger of Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wachovia"), erroneously named herein as "Wachovia Mortgage Corporation"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINH GIA PHAM, LAN QUYNH PHAM, individually and on behalf of the general public and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation, and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property, described in the Complaint, adverse to Plaintiff's title, and any cloud on Plaintiffs' title thereto, and Does 1-100, inclusive,<br><br>    Defendants. | CASE NO.: CV11-0015 JCS<br><br>[Assigned to the Honorable Joseph C. Spero, Courtroom A]<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Removal Effected:    01/03/2011<br>Current Response Date:  02/09/2011<br>New Response Date:    03/23/2011 |

**TO THE CLERK OF THE COURT:**

Plaintiffs DINH GIA PHAM and LAN QUYNH PHAM, through their counsel of record, Barry Van Sickle, and Defendant WACHOVIA MORTGAGE, a division of Wells Fargo Bank,

N.A., successor by merger of Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wachovia"), through their respective counsel of record, hereby stipulate pursuant to Local Rule 6-1 to extend the date for Wachovia to respond to Plaintiffs' initial Complaint from February 9, 2011 to March 23, 2011, or any other date that the Court will approve.

This stipulation may avoid altogether any further litigation. Plaintiffs' counsel is considering a voluntary dismissal or a removal to the Bankruptcy Court for the Northern District of California, in which Plaintiffs have just on February 8, 2011 filed a petition under Chapter 13 of the Bankruptcy Code. Plaintiffs' counsel in this case is not the bankruptcy counsel for Plaintiffs. Plaintiffs' counsel needs to coordinate with his clients' bankruptcy counsel and his clients to determine whether to pursue this case in this Court. This stipulation will avoid the necessity of a motion to dismiss at this juncture, which Wachovia's counsel has prepared and will file forthwith if the Court determines that the stipulation is not appropriate.

This extension will not interfere with any date scheduled in this case, which is currently set for a Case Management Conference on April 22, 2011 at 1:30 p.m. in Courtroom A.

No parties waive any rights by this stipulation.

Respectfully submitted,

Dated: February 9, 2011      Barry Van Sickle

By:   /s/ Barry Van Sickle
      Barry Van Sickle (#98645)
      barryvansickle@comcast.net
Attorneys for Plaintiffs
DINH GIA PHAM, LAN QUYNH PHAM

Dated: February 9, 2011      ANGLIN, FLEWELLING, RASMUSSEN
                             CAMPBELL & TRYTTEN LLP

Dated: Feb. 9, 2011          By:   /s/ Fred Hickman
                                   Fred Hickman (#124406)
                                   fhickman@afrct.com
                             Attorneys for Defendant
                             Wachovia Mortgage, a division of Wells Fargo
                             Bank, N.A., formerly known as Wachovia
                             Mortgage, FSB, formerly known as World
                             Savings Bank, FSB ("Wachovia")

*IT IS SO ORDERED — Judge Joseph C. Spero, United States District Court, Northern District of California*

W:\LITIG\95451\000533\00105896.DOC      2      CASE NO.: CV11-0015 JCS – SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1 ATTESTATION PURSUANT TO GENERAL ORDER 45

2

3   I, Fred Hickman, attest that concurrence in the filing of this document has been
obtained from each of the signatories. I declare under penalty of perjury under the laws of the
4 United States of America that the foregoing is true and correct. Executed this day, February 9,
2011.

5

6 /s/ Fred Hickman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the foregoing document described as:

**SECOND STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT (L.R. 6-1)**

on all interested parties in this action by enclosing the original __ **X** __ a true and correct copy in a sealed envelope addressed as follows:

**Served By Means Other Than The Court's CM/ECF System:**

*Counsel for Plaintiff:*

Barry Van Sickle, Esq.
1079 Sunrise Avenue, Suite B-315
Roseville, CA 95661

Tel: (916) 549-8784

**[X]** **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **February 9, 2011.**

| Jill Ashley | /s/ Jill Ashley |
|---|---|
| Print Name | Signature of Declarant |

95451/000533/00105896-1

CASE NO.: CV11-0015 JCS – CERTIFICATE OF SERVICE ON SECOND STIPULATION TO RESPOND TO COMPLAINT